# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 23, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 24-1353,   <u>In re: Caryn Strickland</u>
         1:20-cv-00066-WGY

TO:    Caryn Devins Strickland

CERTIFICATE DUE:  April 26, 2024

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

> [x] the trial court judge (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**)

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

Cyndi Halupa, Deputy Clerk
804-916-2704

_____

## CERTIFICATE OF SERVICE
_____

No. 24-1353,  <u>In re: Caryn Strickland</u>
              1:20-cv-00066-WGY

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [   ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____                              _____
Signature                                                   Date