# CERTIFICATE OF SERVICE

No. 24-1353_____, <u>In re: Caryn Strickland</u>
1:20-cv-00066-WGY

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _April 23, 2024_____

(select manner of service) [ X ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

Hon. William G. Young

United States District Court for the District of Massachusetts

1 Courthouse Way, Suite 5710

Boston, MA 02210

_/s/ Cooper Strickland_____                    _4/23/24_____
Signature                                       Date

# Cooper Strickland
Attorney at Law
Post Office Box 92
Lynn, North Carolina 28750

April 23, 2023

Hon. William G. Young
United States District Court
  for the District of Massachusetts
1 Courthouse Way
Suite 5710
Boston, MA 02210
Attn: Ms. Jennifer Gaudet

      RE:  <u>Service of Petition for Writ of Mandamus (Docket No. 24-1353)</u>

Dear Ms. Gaudet:

Enclosed is a copy of Plaintiff's Petition for Writ of Mandamus (Docket No. 24-1353) filed with the Fourth Circuit on April 23, 2024. This proceeding is associated with case number 1:20-cv-00066-WGY in the Western District of North Carolina.

Please let me know if you have any questions.

Respectfully,


<u>/s/ Cooper Strickland</u>
Cooper Strickland

Enclosure:  Petition for Writ of Mandamus (24-1353)