**UNITED STATES COURT OF APPEALS<br>
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 18, 2024

_____

RESPONSE REQUESTED

_____

No. 24-1353,   In re: Caryn Strickland
              1:20-cv-00066-WGY

TO:   Sheryl L. Walter
      Roslynn R. Mauskopf
      Federal Public Defender for the Western District of North Carolina
      Roger L. Gregory
      Brian Stacy Miller
      United States Court of Appeals for the Fourth Circuit
      James N. Ishida
      Administrative Office of the United States Courts
      United States of America
      Judicial Conference of the United States
      Albert  Diaz
      Judicial Council of the Fourth Circuit
      Anthony  Martinez

RESPONSE DUE: 06/28/2024

Response is required to the motion to certify question of law to the U.S. Supreme Court on or before 06/28/2024.

Emily Borneisen, Deputy Clerk
804-916-2704