# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| In re CARYN DEVINS STRICKLAND, Petitioner. | ) ) ) ) ) ) ) | No. 2024-1353 [No. 1:20-cv-00066] |

## NOTICE OF INTENT TO FILE A REPLY

Pursuant to Fourth Circuit Loc. R. 27(d)(2), Plaintiff-Appellant Caryn Devins Strickland hereby notifies the Court of her intent to file a reply in support of her Motion to Certify Question of Law to the U.S. Supreme Court, which was filed at Doc. 10. Plaintiff respectfully requests that the Court not act on the motion until her reply is filed.

This the 1st day of July, 2024.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Petitioner*

1

## CERTIFICATE OF SERVICE

      I, Cooper Strickland, hereby certify that on this 1st day of July, 2024, I will electronically file the foregoing with the Clerk of Court by using the appellate CM/ECF system, which will accomplish service on counsel for Respondent.

<u>/s/ Cooper Strickland</u>
Cooper Strickland