**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

July 9, 2024

_____

NOTICE

_____

No. 24-1353,   In re: Caryn Strickland
            1:20-cv-00066-WGY

TO: Counsel

The judges of the Fourth Circuit have recused themselves in this case. The following panel of judges has been designated in accordance 28 U.S.C. § 294(d):

Honorable Duane Benton
Circuit Judge, U.S. Court of Appeals for the Eighth Circuit

Honorable Ronald Lee Gilman
Senior Circuit Judge, U.S. Court of Appeals for the Sixth Circuit

Honorable Susan Graber
Senior Circuit Judge, U.S. Court of Appeals for the Ninth Circuit


Nwamaka Anowi, Clerk

# DESIGNATION AND ASSIGNMENT
# OF AN ACTIVE UNITED STATES JUDGE
# FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for any appeals or mandamus actions arising from civil action 1:20-cv-00066-WGY, Caryn Strickland v. United States. The Chief Judge of the United States Court of Appeals for the Eighth Circuit has consented to the designation and assignment of the

## HONORABLE DUANE BENTON

a Judge of the United States Court of Appeals for the Eighth Circuit for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 291(a), I do hereby designate and assign the Honorable Duane Benton to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 6/28/24

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy

DESIGNATION AND ASSIGNMENT
OF A SENIOR UNITED STATES JUDGE
FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the Fourth Circuit in any appeals or mandamus actions arising from Caryn Strickland v. United States, 1:20-cv-00066-WGY (W.D.N.C.). The

**HONORABLE RONALD LEE GILMAN**

a Senior Judge of the United States Court of Appeals for the Sixth Circuit has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Ronald Lee Gilman to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 10/4/22

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy

# DESIGNATION AND ASSIGNMENT
# OF A SENIOR UNITED STATES JUDGE
# FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for any appeals or mandamus actions arising from civil action 1:20-cv-00066-WGY, Caryn Strickland v. United States. The

## HONORABLE SUSAN GRABER

a Senior Judge of the United States Court of Appeals for the Ninth Circuit has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Susan Graber to perform judicial duties in the United States Court of Appeals for the Fourth Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 6/28/24

A True copy SCOTT S. HARRIS
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy