IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| In re CARYN DEVINS STRICKLAND, Petitioner. | ) ) ) ) ) ) ) | No. 2024-1353<br><br>[No. 1:20-cv-00066] |

**NOTICE OF PLAINTIFF'S REQUEST FOR DISCLOSURE OF PUBLIC RECORDS FROM THE INTERCIRCUIT-ASSIGNMENT PROCESS**

Plaintiff-Appellant Caryn Devins Strickland respectfully provides notice to this Court that, contemporaneously with this filing, she has requested disclosure of all public records from the intercircuit-assignment process in this case, including at the district court level *and* on appeal, from Defendants, some of whom are judiciary officials who may play a key role in the process of selecting judges for intercircuit assignments.

On July 9, 2024, two-and-a-half months after initiating this mandamus proceeding on April 23, 2024, *see* Doc. 2, Plaintiff learned for the first time that two judges were designated and assigned to this proceeding who had not previously served on the appellate panel for this case. Plaintiff has requested disclosure of all public records relating to these intercircuit assignments, in part, because the process for identifying the judges assigned to hear this case directly implicates issues of basic fairness and impartiality in this judicial proceeding.

1

Plaintiff respectfully requests that the Court not act on her mandamus petition or motion to certify question until the intercircuit-assignment records are disclosed.  Plaintiff has requested the records directly from Defendants, in part, to preserve judicial efficiency and resources and avoid unnecessary motions practice in this Court, and because Defendants previously responded to Plaintiff's motion by partially disclosing the same type of records voluntarily.  Plaintiff will promptly notify this Court of Defendants response, if any.

This the 10th day of July, 2024.

Respectfully Submitted,

*/s/ Cooper Strickland*

Cooper Strickland
P.O. Box 92
Lynn, NC 28750
Tel. (828) 817-3703
cooper.strickland@gmail.com

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

      I, Cooper Strickland, hereby certify that on this 10th day of July, 2024, I will electronically file the foregoing with the Clerk of Court by using the appellate CM/ECF system, which will accomplish service on counsel for Respondent.

                                        /s/ Cooper Strickland
                                        Cooper Strickland