UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1353
(1:20-cv-00066-WGY)
_____

In re: CARYN DEVINS STRICKLAND, f/k/a Jane Roe

　　　Petitioner

_____

O R D E R
_____

Consistent with the Court's practice in other mandamus cases, the court defers consideration of the mandamus petition for a period of 30 days to permit further action by the district court.

For the Court

/s/ Nwamaka Anowi, Clerk