UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1353
(1:20-cv-00066-WGY)
_____

In re: CARYN DEVINS STRICKLAND, f/k/a Jane Roe

Petitioner

_____

O R D E R
_____

On August 9, 2024, the district court issued its Findings of Fact, Rulings of Law, and Order for Judgment in this case. It is therefore ordered that the petition for a writ of mandamus, filed on April 23, 2024, is hereby dismissed as moot.

Entered at the direction of Senior Judge Gilman with the concurrence of Judge Benton and Senior Judge Graber.

For the Court

/s/ Nwamaka Anowi, Clerk